UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



---

BARBARA KAYE RUBIN, INC.,
d/b/a REMAX PARK PLACE,

          Plaintiff,

v.

JOCAR REALTY, LLC, Individually and
d/b/a 51 WOOD ROAD REALTY, LLC, and
NORTHERN DISTRIBUTING CO., INC.,

          Defendants.

**STIPULATION
TO REMAND**

Civ. No.: 09-CV-0809 (RFT)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as attorneys for the respective parties, that the above-captioned matter be remanded to the Supreme Court of Saratoga County at Index Number 2009-1937 or whatever index number is assigned by the Saratoga County Clerk.

DATED:  Buffalo, New York
          September 30, 2010

| LUIBRAND LAW FIRM, PLLC | JAECKLE FLEISCHMANN & MUGEL, LLP |
|---|---|
| By: /s/ Kevin A. Luibrand | By: /s/ Bradley A. Hoppe |
| Kevin A. Luibrand, Esq. | Bradley A. Hoppe, Esq. |
| Bar Roll No. 102083 | Bar Roll No.: 5126397 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Saratoga Eagle Sales & Services Inc. f/k/a Northern Distributing Co., Inc.* |
| 950 New Loudon Road, Suite 270 | 12 Fountain Plaza, Suite 800 |
| Latham, New York 12110 | Buffalo, New York 14202-2292 |
| Telephone No.: (518) 783-1100 | Telephone No.: (716) 856-0600 |
| E-mail: kluibrand@aol.com | E-mail: bhoppe@jaeckle.com |

HACKER MURPHY, LLP

By:     /s/ *James E. Hacker*
        James E. Hacker, Esq.
        Bar Roll No.: 101888
        *Attorneys for Defendant*
        ***JOCAR Realty, LLC***
        7 Airport Park Boulevard
        Latham, New York 12110
        Telephone No.: (518) 783-8101
        E-mail: jhacker@hackermurphy.com

DATED: October 1, 2010

**SO ORDERED:**

_____
Norman A. Mordue
Chief United States District Judge

1021130